THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES VANN, Appellant. [788 NYS2d 925]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Livingston County Court, Gerard J. Alonzo, Jr., J.—Criminal Possession Controlled Substance, 5th Degree.) Present—Pigott, Jr., P.J., Green, Hurlbutt, Kehoe and Pine, JJ.